Anna Ahern et al., appellees, v. M. D. Beaudro et al., appellants. Gen. No. 27,441.

Action of forcible entry and detainer against occupant under expired lease, averment of verbal license to remain for a stated period at enhanced rent, but renewal of lease denied. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the Branch

Appellate Court at the October term, 1921. Reversed. Opinion filed February 16, 1923.

Koepke & Devine, for appellants. No appearance for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.